IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STRAGENT, LLC | § § § |
| v. | §  CASE NO. 6:16-cv-446-RWS-KNM |
| | § |
| BMW of NORTH AMERICA, LLC | § § § § |

**ORDER**

In light of the Court's previous Order staying this case, Doc. No. 102, all pending motions are **DENIED WITHOUT PREJUDICE**. The parties may re-urge any motion denied without prejudice within 14 days of any Court Order lifting the stay.

So ORDERED and SIGNED this 6th day of July, 2018.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE